WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964 - Fax (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br>vs.<br><br>BOULDER CREEK HOMEOWNERS ASSOCIATION,<br><br>Defendant(s). | Case No.: 2:17-cv-02965-RFB-NJK<br><br>**STIPULATION AND ORDER TO STAY LITIGATION PENDING STATE COURT QUIET TITLE ACTION** |

Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3 (hereinafter "Christiana Trust") and Defendant, Boulder Creek Homeowners Association (hereinafter "HOA") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 3, 2015, Christiana Trust filed a Complaint for Quiet Title against SFR Investments Pool 1, LLC in the Eighth Judicial District Court, Clark County Nevada, Case No. A-15-722537-C (the "Quiet Title Action") related to a non-judicial homeowner's association foreclosure sale ("HOA Sale") conducted on a Property pursuant to NRS Chapter 116.

WHEREAS, this lawsuit involves a Wrongful/Defective Foreclosure claim and other claims related to the HOA Sale.

WHEREAS, the Quiet Title Action currently has a close of discovery of December 14,

1 | 2018, and a dispositive motion deadline of January 14, 2019.

2 WHEREAS, the Parties seek to reduce litigation fees and costs and conserve both the
3 parties' and the Court's time and resources.

4 WHEREAS, the Parties agree that a stay of the instant matter will not result in damages,
5 prejudice, or hardship to any party and is likely to save the Court and Parties significant
6 resources, including fees, costs, and time which would surely be expended if litigation were
7 required to continue. See Dependable Highway Exp., Inc. v. Navigators Ins. Co., 498 F.3d
8 1059, 1066 (9th Cir. 2007) (setting forth factors relevant to a stay).

9 / / /
10 / / /
11 / / /

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that this case shall be stayed pending resolution of the Quiet Title Action.

IT FURTHER STIPULATED AND AGREED that the stay may be lifted by stipulation of the Parties or by motion.

DATED this 26th day of November, 2018.  DATED this 26th day of November, 2018.

**WRIGHT, FINLAY & ZAK, LLP**  **TYSON & MENDES LLP**

*/s/ Paterno C. Jurani, Esq.*  */s/ Margaret E. Schmidt, Esq.*
Dana Jonathon Nitz, Esq.  Thomas E. McGrath, Esq.
Nevada Bar No. 0050  Nevada Bar No. 7086
Paterno C. Jurani, Esq.  Margaret E. Schmidt, Esq.
Nevada Bar No. 8136  Nevada Bar No. 12489
7785 W. Sahara Avenue, Suite 200  3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89117  Las Vegas, Nevada 89169
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3*  *Attorneys for Defendant, Boulder Creek Homeowners Association*

## **ORDER**

IT IS SO ORDERED.

DATED this 4th day of December, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
Date: _____

Respectfully submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ Paterno C. Jurani, Esq.*
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3*